NOT FOR PUBLICATION

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| PORT DRIVERS FEDERATION 18, INC., ET AL, <br><br> Plaintiffs, <br><br> v. <br><br> ALL SAINTS EXPRESS, INC., ET AL, <br><br> Defendants. | **ORDER** <br><br> Civ. No. 09-0868 (WHW) |

**Walls, Senior District Judge**

      Plaintiffs moved to strike from Marie Costa's July 26, 2010 declaration the portion "that avers that All Saints Express' drivers do not provide transportation services to members of the St George Warehouse family of corporations located outside New Jersey." (Pl. Br., at 3.) The Court did not rely on this representation in deciding either party's summary judgment motion.

      It is, on this 16th day of November, 2010:

      ORDERED THAT:

      Plaintiff's Motion to Strike is DENIED as moot.

                                                        **s/ William H. Walls**
                                                        United States Senior District Judge